UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

KEVIN KASTEN, et al.,

    Plaintiffs,

vs.            Case No. 07-C-0449 S

SAINT-GOBAIN PERFORMANCE
PLASTICS CORPORATION,

    Defendant.

---

**DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL**

---

The matters raised in Defendant's Motion to Compel having been resolved on this date, the Motion is hereby withdrawn.

Dated this 24th day of January, 2008.

            SAINT-GOBAIN PERFORMANCE PLASTICS
            CORPORATION

            By: _/s/_____
            Jeffrey A. McIntyre
            State Bar No. 1038304
            Anthony J. Sievert
            State Bar No. 1036808
            Attorneys for Defendant

Of Counsel

Whyte Hirschboeck Dudek S.C.
33 East Main Street
Suite 300
Madison, Wisconsin 53703
Phone: (608) 255-4440
Fax:  (608) 258-7138

So Ordered
By the Court

_/s/ John C. Shabaz_
District Judge
1/29/08

Copy of this document has been provided to: all counsel
VIA EMAIL
this ___ day of ___, 20__
by _____
M. Hardin, Secretary to
Judge John C. Shabaz