UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Kevin Kasten and James Poole
individually and on behalf of others    Case No. 07-C-0449-S
similarly situated,

      Plaintiffs,

v.

Saint-Gobain Performance Plastics Corporation,

      Defendant.

---

**NOTICE OF MOTION AND MOTION FOR LEAVE TO
AMEND THE COMPLAINT**
_____

To Defendant Saint-Gobain Performance Plastics Corporation and their counsel of record:

      PLEASE TAKE NOTICE that Plaintiffs Kevin Kasten and James Poole, individually and on behalf of others similarly situated, by and through their attorneys, move the Court for an Order granting Plaintiffs Motion for Leave to Amend the Complaint.

Respectfully submitted by:

NICHOLS KASTER & ANDERSON, PLLP

Dated:  3/11/2008                             s/Jessica J. Clay

James H. Kaster   MN Bar # 53946
   WI Bar # 78918
   E-mail: kaster@nka.com
Sarah M. Fleegel  MN Bar # 34557X
   (admitted in Western District of WI)
   E-mail: fleegel@nka.com
Jessica J. Clay       MN Bar # 318772
   (admitted in Western District of WI)
   E-mail: clay@nka.com
Adrianna S. Haugen WI Bar #1064788
   E-mail: haugen@nka.com
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402
Office:  (612) 256-3200
Fax:  (612) 338-4978

FOX & FOX, S.C.

Michael R. Fox     WI Bar # 01015173
   E-mail: mfox@foxquick.com
Randall B. Gold    WI Bar # 1034435
   E-mail: RGoldLaw@aol.com
124 West Broadway
Monona, Wisconsin 53716
Office:  (608) 258-9588
Fax:  (608) 258-9105