UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| Kevin Kasten and James Poole individually and on behalf of others similarly situated, | Case No. 07-C-0449-S |
| Plaintiffs, | |
| v. | |
| Saint-Gobain Performance Plastics Corporation, | |
| Defendant. | |

---

NOTICE OF MOTION AND MOTION FOR
PARTIAL AFFIRMATIVE SUMMARY JUDGMENT
_____

To Defendant Saint-Gobain Performance Plastics Corporation and their counsel of record:

PLEASE TAKE NOTICE that Plaintiffs Kevin Kasten and James Poole, individually and on behalf of others similarly situated, by and through their attorneys, move the Court for an Order granting Plaintiffs' Motion for Partial Affirmative Summary Judgment.  This Motion is based on the Memorandum of Law and on all files, records and proceedings herein.

                                              Respectfully submitted by:

                                              NICHOLS KASTER & ANDERSON, PLLP

Dated:  March 14, 2008          s/Jessica J. Clay

                                              James H. Kaster   MN Bar # 53946
                                                  WI Bar # 1001474
                                                  E-mail: kaster@nka.com
                                            Sarah M. Fleegel  MN Bar # 34557X
                                                  (admitted in Western District of WI)
                                                  E-mail: fleegel@nka.com
                                            Jessica J. Clay       MN Bar # 318772
                                                  (admitted in Western District of WI)
                                                  E-mail: clay@nka.com
                                            Adrianna S. Haugen WI Bar #1064788
                                                  E-mail: haugen@nka.com
                                            4600 IDS Center
                                            80 South Eighth Street
                                            Minneapolis, Minnesota  55402
                                            Office:  (612) 256-3200
                                            Fax:  (612) 338-4978

                                            FOX & FOX, S.C.

                                            Michael R. Fox     WI Bar # 01015173
                                                  E-mail: mfox@foxquick.com
                                            Randall B. Gold    WI Bar # 1034435
                                                  E-mail: RGoldLaw@aol.com
                                            124 West Broadway
                                            Monona, Wisconsin 53716
                                            Office:  (608) 258-9588
                                            Fax:  (608) 258-9105