IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEVIN KASTEN and JAMES POOLE
individually and on behalf of other
similarly situated individuals,

                                                                                                     MEMORANDUM

                Plaintiffs,

                                                                                                       07-cv-449-bbc

    v.

SAINT-GOBAIN PERFORMANCE
PLASTICS CORPORATION,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A telephonic hearing was held on the progress of settlement discussions on October 3, 2008 before United States District Court Judge Barbara B. Crabb. Counsel reported that they need only one signature before their settlement will be complete. However, the person who needs to provide that signature is on vacation. However, they assured the court that they could have all of the settlement papers in no later than Friday, October 17, 2008.

      Entered this 3d day of October, 2008.

                                                    BY THE COURT:
                                                   /s/
                                                 BARBARA B. CRABB
                                                 District Judge