IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN KASTEN and JAMES POOLE,
individually and on behalf of other
similarly situated individuals,

        Plaintiffs,                      JUDGMENT IN A CIVIL CASE

v.                                         Case No. 07-cv-449-bbc

SAINT-GOBAIN PERFORMANCE
PLASTICS CORPORATION,

        Defendant.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that final approval of the settlement set forth in the Settlement Agreement and Final Settlement Allocations spreadsheet, and the settlement payments to Plaintiffs Kevin Kasten and James Poole, the collective and class members, and counsel outlined therein, is GRANTED.

      IT IS FURTHER ORDERED AND ADJUDGED that:

      1.    Defendant Saint-Gobain Performance Plastics Corporation shall issue and send checks in accordance with the Settlement Agreement and Final Settlement Allocations spreadsheet within 30 days of the Order Granting Final Approval of the Settlement Agreement.

2.  The claims in this action are dismissed with prejudice.

3.  The Opt-In Plaintiffs who are not Rejecting Plaintiffs are enjoined from prosecuting any settled claims against the Released Parties.

4.  The non-Rejecting Opt-In Plaintiffs and non-Rejecting Rule 23 class members are bound by the release claims set forth in paragraph 10 of the Settlement Agreement.

5.  This court retains continuing jurisdiction over the parties and the construction, interpretation, implementation and enforcement of the Settlement Agreement, and over the administration and distribution of settlement benefits.

Approved this 5th day of February, 2009.

_____
Barbara B. Crabb
District Judge


_____     __2/6/09__
Peter Oppeneer                                       Date
Clerk of Court